THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lisa Peterson
 Pope, Appellant.
 
 
 

Appeal From York County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2008-UP-568
 Submitted October 1, 2008  Filed October
13, 2008

AFFIRMED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Deputy Director Theresa A. Knox, Tommy Evans, Jr., J. Benjamin
 Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Lisa
 Peterson Pope pled guilty to possession of crack cocaine and was sentenced to
 five years, suspended upon the service of two years probation, with probation
 to terminate upon payment of fines and fees after one year.  Following a
 probation revocation hearing, the court revoked forty-two months of her
 suspended sentence and terminated her probation.  Pope appeals, arguing the
 circuit court erred in revoking her probation for failure to re-report to the Restitution Center when the Restitution Center was not part of the original sentence and the
 only monies owed at the time of the revocation were supervision fees.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and
 the following authorities:  State v.
 Lee,  350 S.C. 125, 129-30, 564
 S.E.2d 372, 374-75 (Ct. App. 2002) (noting in probation revocation appeal that
 an issue must be raised to and ruled upon by the trial judge to be preserved
 for appellate review);  State v. Shumate, 276 S.C. 46, 47, 275 S.E.2d
 288, 288 (1981) (holding where appellants contention was not advanced at the
 probation revocation hearing, failure to object or seek modification of the
 revocation sentence in the trial court foreclosed consideration of issue on
 appeal).
AFFIRMED. 
HEARN,
 C.J., HUFF and GEATHERS, JJ., concur.

[1]We decide this case without oral argument pursuant to
Rule 215, SCACR.